Chauncey Phillip HATCHETT, Appellant,

v.

DIRECTOR OF REVENUE, MISSOURI
DEPT. OF REVENUE, Respondent.

No. WD 53666.

Missouri Court of Appeals,
Western District.

Nov. 25, 1997.

William Robert Merryman, Kansas City,
for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ronald D. Pridgin, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appellant was arrested for driving while intoxicated after failing to submit to a breath test, and his driving privileges were revoked. Appellant claims his "whatever" response to police officer's request to submit to a breath test, did not constitute a denial to submit to the test, even though he was informed that any response other than "yes" or "no" would be taken as a refusal.

Judgment affirmed.   Rule 84.16(b)